**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, EX REL., COMPREHENSIVE HEALTH SERVICES, INCORPORATED, )<br><br>)<br><br>)<br><br>) | |
| Plaintiffs, ) | Civ. No. 05-1082 (RWR) |
| v. ) | UNDER SEAL |
| VICTORY HEALTH, INCORPORATED ) | |
| and ) | |
| HUMMER WHOLE HEALTH MANAGEMENT, INCORPORATED, )<br><br>) | |
| Defendants. ) | |

**THE GOVERNMENT'S NOTICE OF ELECTION TO**
**DECLINE INTERVENTION**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id. Therefore, the United States requests that, should either the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all papers filed in this action be served upon the United States and that orders issued by the Court be

sent to the Government's counsel. The United States reserves its right to order any deposition

transcripts and to intervene in this action, for good cause, at a later date.

Finally, the Government requests that the relator's Complaint, this Notice, and the

attached proposed Order be unsealed. The United States requests that all other papers on file in

this action remain under seal because in discussing the content and extent of the United States'

investigation, such papers are provided by law to the Court alone for the sole purpose of

evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Respectfully submitted,


PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

PAUL A. MUSSENDEN,
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 305-4740

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of November, 2006, a true and correct copy of

the above and foregoing Notice of Election to Decline Intervention and proposed Order was

mailed by first-class mail to:

> **Cyrus E. Phillips, IV, Esq.**
> **Suite 660**
> **1828 L Street, N.W.**
> **Washington, D.C. 20036-5112**


PAUL A. MUSSENDEN
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
202-305-4740

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, EX REL., COMPREHENSIVE HEALTH SERVICES, INCORPORATED, <br><br> Plaintiffs, <br><br> v. <br><br> VICTORY HEALTH, INCORPORATED <br><br> and <br><br> HUMMER WHOLE HEALTH MANAGEMENT, INCORPORATED, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civ. No.  05-1082 (RWR) <br> UNDER SEAL |

## ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1.  the complaint be unsealed and served upon the defendants by the relator;

2.  all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendants, except for this Order and The Government's Notice of Election to Decline Intervention, which the relator will serve upon the defendants only after service of the complaint;

3.  the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. all orders of this Court shall be sent to the United States; and that

6. should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED,

This _____ day of _____ 2006.

_____
UNITED STATES DISTRICT JUDGE

**copies to**:

Paul A. Mussenden
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530


Cyrus E. Phillips, IV
Suite 660
1828 L Street, N.W.
Washington, D.C. 20036-5112