```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** <u>**ex rel.**</u> **COMPREHENSIVE HEALTH SERVICES, INC.**, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | )   Civil Action No. 05-1082 (RWR) ) |
| **VICTORY HEALTH, INC.** <u>**et al.**</u>, | ) ) |
| Defendants. | ) ) |

## ORDER TO SHOW CAUSE

On December 21, 2006, an order issued directing the relator, Comprehensive Health Services, Inc. ("Comprehensive"), to serve the complaint and the Government's Notice of Election to Decline Intervention on the defendants. Rule 4(m) of the Federal Rules of Civil Procedure authorizes a court to dismiss an action against a defendant upon proper notice where the plaintiff has not accomplished service of the summons and complaint on a defendant within one hundred twenty days. It appearing that Comprehensive has failed to serve the defendants as required by Rule 4, it is hereby

ORDERED that on or before May 8, 2007, Comprehensive shall either present evidence of service on defendants or show cause why the case should not be dismissed for failure to effect service on defendants. Comprehensive is advised that failure to comply with this order may result in dismissal of this case.

-2-

SIGNED this 23rd day of April, 2007.

```
                              _____/s/_____
                              RICHARD W. ROBERTS
                              United States District Judge
```