# United States District Court
# For the District of Columbia

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* COMPREHENSIVE HEALTH<br>SERVICES, INCORPORATED,<br><br>           **Plaintiffs**,<br>     v.<br><br>VICTORY HEALTH,<br>INCORPORATED, *et al.*,<br><br>           **Defendants**. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-1082 (RWR) |

### MOTION TO DISMISS

Comprehensive Health Services, Incorporated, (Comprehensive Health) by counsel, moves to dismiss this Civil Action with prejudice to its reinstatement.

In support of this Motion to Dismiss, Comprehensive Health shows to the Court: (1) that on November 28th, 2006 the United States notified the Court of its decision, per 31 U.S.C. § 3730(b)(4)(B), not to intervene in this Civil Action, and (2) that Comprehensive Health has only collateral information, and no information

about elements of new wrongful transactions or material elements not already disclosed to the United States. Accordingly, this Civil Action is now precluded by the public disclosure jurisdictional bar, 31 U.S.C. § 3730(e)(4)(A). *United States ex rel. F.P.C.-Boron Employees' Club*, 105 F.3d 675, 685-688 (D.C. Cir. 1997).

    Respectfully submitted,

    /s/ Cyrus E. Phillips, IV
    _____

    Cyrus E. Phillips, IV
    D.C. Bar Number 456500

    1828 L Street, N.W., Suite 660
    Washington, D.C. 20036-5112

    Telephone:   (202) 466-7008
    Facsimile:    (202) 466-7009
    Electronic Mail: lawyer@procurement-lawyer.com

    Attorney of record for Plaintiff,
    Comprehensive Health Services, Incorporated.

CERTIFICATE OF SERVICE

I hereby certify that on Friday, May 4th, 2007 two true and complete copies of this Motion to Dismiss were sent by Overnight Delivery, addressed as follows:

>Paul A. Mussenden, Esq.
>Assistant United States Attorney
>U.S. Attorney's Office, District of Columbia
>Civil Division
>Judiciary Center
>501 Third Street, N.W., Fourth Floor
>Washington, D.C. 20530-0001

/s/ Cyrus E. Phillips, IV
_____
Cyrus E. Phillips, IV