UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| *ex rel.* COMPREHENSIVE ) | |
| HEALTH SERVICES, INC., ) | |
|  ) | |
|     Plaintiffs, ) | |
|  ) | |
|     v. ) | Civil Action No. 05-1082 (RWR) |
|  ) | |
| VICTORY HEALTH, INC. *et al.*, ) | |
|  ) | |
|     Defendants. ) | |

### ORDER TO SHOW CAUSE

Relator filed on May 4, 2007 and served upon the United States a motion to dismiss setting forth the reasons for dismissing the action. The deadline for a response has passed, *see* Local Civil Rule 7(b), and the United States has filed none. It is hereby

ORDERED that the United States show cause in writing by June 15, 2007 why the relator's motion should not be deemed conceded by the United States, *see* Local Civil Rule 7(b), and why that concession should not be deemed to be the Attorney General's written consent to the dismissal and his reasons for consenting under 31 U.S.C. § 3730(b)(1).

SIGNED this 1st day of June, 2007.

                    /s/
            RICHARD W. ROBERTS
            United States District Judge