UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <u>EX</u> <u>REL.</u>,<br>  COMPREHENSIVE HEALTH SERVICES,<br>  INCORPORATED,<br><br>       Plaintiffs,<br><br>             v.<br><br>VICTORY HEALTH, INCORPORATED<br><br>     and<br><br>HUMMER WHOLE HEALTH<br>  MANAGEMENT, INCORPORATED,<br><br>       Defendants. | Civ. No.  05-1082 (RWR) |

**PLAINTIFF UNITED STATES' OF AMERICA'S RESPONSE
TO RELATOR'S MOTION TO DISMISS AND COURT'S SHOW CAUSE ORDER
REGARDING THE UNITED STATES' CONSENT TO DISMISSAL**

1.      Consistent with 31 U.S.C. § 3730(b)(4)(B), on November 28, 2006, the United States notified this Court of its decision not to intervene in this action.  That notice also respectfully referred the Court to 31 U.S.C. § 3730(b)(1), providing that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting."  <u>Id.</u>  The declination notice therefore respectfully requested that, "should either the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval."

2. On December 21, 2006, the Court issued an Order to Show Cause [OSC] directing the relator, Comprehensive Health Services, Inc. [Comprehensive], to serve the complaint and the Government's Notice of Election to Decline Intervention on the defendants.

3. Relator did not respond to the Court's December 21, 2006 OSC.

4. On April 23, 2007, the Court issued another OSC directing the relator to "either present evidence of service on defendants or show cause why the case should not be dismissed for failure to effect service on defendants" on or before May 8, 2007. The Court's OSC further advised Comprehensive that failure to comply with its order may result in dismissal.

5. On May 4, 2007, relator filed a one and half page motion to dismiss claiming that the case is now precluded by the public disclosure bar under 31 U.S.C. § 3730(e)(4)(A).

6. On June 6, 2007 the Court issued an OSC directing that the United States "show cause in writing by June 15, 2007 why the relator's motion should not be deemed conceded by the United States, . . .and why that concession should not be deemed to be the Attorney General's written consent to the dismissal and his reasons for consenting under 31 U.S.C. § 3730(b)(1)."

7.      Pursuant to 31 U.S.C. § 3730(b)(1), and in response to the Court's OSC, the United States hereby consents to the dismissal of this action with prejudice as to the Relators, so long as the dismissal is without prejudice to the United States.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

 /s/
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

 /s/
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

 /s/
PAUL A. MUSSENDEN,
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 305-4740

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of June, 2007, a true and correct copy of the above and foregoing Notice of Election to Decline Intervention and proposed Order was mailed by first-class mail to:

> **Cyrus E. Phillips, IV, Esq.**
> **Suite 660**
> **1828 L Street, N.W.**
> **Washington, D.C. 20036-5112**

_/s/_____
PAUL A. MUSSENDEN
Assistant United States Attorney